

# Fourth Court of Appeals
## San Antonio, Texas

April 3, 2020

No. 04-19-00763-CV

**IN THE INTEREST OF B.P.S., H.R.S., D.G.S.**

From the 38th Judicial District Court, Medina County, Texas
Trial Court No. 19-04-25687-CV
Honorable Kelley Kimble, Judge Presiding

# O R D E R

Appellant filed a document entitled "notice of appeal" seeking a de novo hearing after the associate judge entered an order in this suit affecting the parent-child relationship. The trial court clerk forwarded the "notice of appeal" document to this court and this appeal was docketed. The clerk's record was filed on April 1, 2020. The clerk's record contains an order signed by the district court which recites that appellant subsequently "nonsuited" her request for a de novo hearing. Therefore, even construing the document appellant filed as a premature notice of appeal, the clerk's record shows there is no final order or judgment from which the appellant seeks to appeal.

Absent an appealable interlocutory order or final judgment in writing, this court has no jurisdiction over this appeal. *See Ogletree v. Matthews*, 262 S.W.3d 316, 319 n.1 (Tex. 2007); *Lehmann v. Har Con Corp.*, 39 S.W.3d 191, 195 (Tex. 2001); *Northeast Indep. Sch. Dist. v. Aldridge*, 400 S.W.2d 893, 895 (Tex. 1966).

Accordingly, it is ORDERED that appellant show cause in writing **within fifteen (15) days** of the date of this order why this appeal should not be dismissed for lack of jurisdiction. All appellate deadlines in this appeal are suspended pending further order of the court.

_____
Liza A. Rodriguez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 3rd day of April, 2020.



Michael A. Cruz,
Clerk of Court